# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Uchenna Faumuina-Eze<br><br>　　　　　Plaintiff(s)<br><br>v.<br><br>Global Connections to Employment, Inc.<br><br>　　　　　Defendant(s) | CASE No C 5:18-cv-01400-EJD<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)  JAMS
　　　　　　　　　　　　　　　　　　　　　　　　　Judge James Warren (ret.)

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: September 30, 2018

Date: June 21, 2018　　　　　　　　　/s/ John F. Klopfenstein
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Date: June 21, 2018　　　　　　　　　/s/ Ross F. Boughton
　　　　　　　　　　　　　　　　　　　Attorney for Defendant

☐ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date:
　　　　　　　　　　　　　　　　　　U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 5-1-2018*

## PROOF OF SERVICE

I, ALMA COLLINS, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. On June 21, 2018, I served a copy of the within document(s):

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

[x] **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

[ ] **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

[ ] **BY E-MAIL**: By transmitting via electronic mail the document(s) listed above to the e-mail address set forth below on this date before 5:00 p.m.

| | |
|---|---|
| John F. Klopfenstein, Esq.<br>LAW OFFICES OF JOHN F. KLOPFENSTEIN<br>9 Gabilan Street, Suite 6<br>Salinas, California 93901 | Attorneys for Plaintiff<br>Uchenna Faumuina-Eze |

I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 21, 2018, at Los Angeles, California.

*/s/ Alma Collins*
ALMA COLLINS