1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Ford & Harrison LLP
Ross A. Boughton (SBN 241119)
rboughton@fordharrison.com
Timothy L. Reed (SBN 258034)
treed@fordharrison.com
505 Montgomery Street, Suite 1001
San Francisco, California  94111
Telephone:    (415) 852-6900
Facsimile:     (415) 852-6901

Attorneys for Defendant
GLOBAL CONNECTIONS TO EMPLOYMENT,
INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UCHENNA FAUMUINA-EZE,<br><br>                     Plaintiff,<br><br>          vs.<br><br>GLOBAL CONNECTIONS TO EMPLOYMENT, INC., a Corporation doing business in California and Does 1-20, inclusive,<br><br>                     Defendants | CASE NO.  5:18-cv-01400-EJD<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>The Hon. Edward J. Davila<br><br>Date:      October 11, 2018<br>Time:      10:00 a.m.<br>Crtrm.:    4, 5th Floor<br><br>Action Filed:         January 30, 2018<br>Action Removed:    March 2, 2018<br>Trial Date:           June 18, 2019 |

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 16-9, plaintiff Uchenna Faumuina-Eze ("Plaintiff") and defendant Global Connections to Employment, Inc. ("Defendant") (Plaintiff and Defendant are hereinafter referred to as the "Parties") hereby submit the following Joint Case Management Conference Statement:

**Case Update And Settlement:**

The Parties attended mediation on August 24, 2018 and were able to resolve the matter. The Parties will submit a Stipulation to Dismiss pursuant to Federal Rules of Civil Procedure 41(a)(1) to dismiss the case.

Accordingly, in the interests of judicial economy, the Parties respectfully request that the Case Management Conference be continued for approximately thirty (30) days to finalize the dismissal of this action.

Dated:  October 9, 2018          LAW OFFICES OF JOHN F. KLOPFENSTEIN

By          */s/ John Klopfenstein*
          John F. Klopfenstein
          Attorney for Plaintiff
          UCHENNA FAUMUINA-EZE

Dated:  October 9, 2018          FORD & HARRISON LLP

By          */s/ Ross Boughton*
          Ross A. Boughton
          Timothy L. Reed
          Attorneys for Defendant
          GLOBAL CONNECTIONS TO
          EMPLOYMENT, INC.