Ford & Harrison LLP
Ross A. Boughton (SBN 241119)
rboughton@fordharrison.com
Timothy L. Reed (SBN 258034)
treed@fordharrison.com
505 Montgomery Street, Suite 1001
San Francisco, California 94111
Telephone: (415) 852-6900
Facsimile: (415) 852-6901

Attorneys for Defendant
GLOBAL CONNECTIONS TO EMPLOYMENT, INC.

APPROVED
Judge Edward J. Davila
10/9/2018

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UCHENNA FAUMUINA-EZE,<br><br>               Plaintiff,<br><br>  vs.<br><br>GLOBAL CONNECTIONS TO EMPLOYMENT, INC., a Corporation doing business in California and Does 1-20, inclusive,<br><br>               Defendants | CASE NO. 5:18-cv-01400-EJD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)**<br><br>The Hon. Edward J. Davila<br><br>Action Filed: January 30, 2018<br>Action Removed: March 2, 2018<br>Trial Date: June 18, 2019 |

Please take notice that pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii), it is hereby stipulated by and between the parties that this action be dismissed in its entirety with prejudice. Each party shall bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: October 9, 2018　　　　　　　　　LAW OFFICES OF JOHN F. KLOPFENSTEIN

By　　*/s/ John Klopfenstein*
　　　John F. Klopfenstein
　　　Attorney for Plaintiff
　　　UCHENNA FAUMUINA-EZE

Dated: October 9, 2018　　　　　　　　　FORD & HARRISON LLP

By　　*/s/ Ross Boughton*
　　　Ross A. Boughton
　　　Timothy L. Reed
　　　Attorneys for Defendant
　　　GLOBAL CONNECTIONS TO
　　　EMPLOYMENT, INC.

2　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 5:18-cv-01400-EJD
STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)